# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 239629 |
| Trans | 145782 |

Received From: **ALLEN P. BRANCO**
Case Number:
Reference Number: **CV 02-118DAE**

|  | Check | 20.00 |
|---|---|---|
|  | Total | 20.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 20.00 |
| | | **Total** | **20.00** |
| | | Tend | 20.00 |
| | | Due | 0.00 |

05/31/2007 11:51:38 AM          Deputy Clerk: bb/LG