# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239874 |
|---|---|
| Trans | 146095 |

Received From:      **ALLEN P. BRANCO**
Case Number:
Reference Number:   **CV 02-118DAE**

|  | Check | 40.00 |
|---|---|---|
|  | Total | 40.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 40.00 |
|  | **Total** | | 40.00 |
|  | Tend | | 40.00 |
|  | Due | | 0.00 |

06/14/2007 03:45:35 PM      Deputy Clerk:  lg/DT