# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 240370 |
| Trans | 146755 |

Received From: **ALLEN P. BRANCO**
Case Number:
Reference Number: **CV 02-118DAE**

|  | Check | 40.00 |
|---|---|---|
|  | Total | 40.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 40.00 |
|  | **Total** | | **40.00** |
|  | Tend | | 40.00 |
|  | Due | | 0.00 |

07/30/2007 01:06:55 PM     Deputy Clerk: bb/LG