# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **240783** |
| Trans | 147286 |

Received From:   **ALLEN P. BRANCO**
Case Number:
Reference Number:   CV 02-118DAE

|  | | |
|---|---:|---:|
| Check | | 50.00 |
| Total | | 50.00 |

| Description | Fund | Qty | Amount |
|---|---|---:|---:|
| CV PRISONER FILING | 5100PL | 1 | 50.00 |
| | **Total** | | **50.00** |
| | Tend | | 50.00 |
| | Due | | 0.00 |

09/05/2007 03:43:07 PM     Deputy Clerk: et/LG     _____